**Order entered September 30, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00493-CV

## PIONEER EMERALD POINTE, LLC, Appellant

## V.

## TEXMENIAN CONTRACTORS, LLC D/B/A RED CARPET CLEANING, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02983**

### ORDER

Before the Court is appellant's unopposed motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief received September 28, 2022 filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE